IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00337-WYD

JOHN M. PICKENS,

      Plaintiff,

v.

JO ANNE B. BARNHART
*Commissioner of Social Security*,

      Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on a Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act [# 22], filed November 11, 2006.  The motion states that the parties have stipulated, subject to the Court's approval, that counsel for Plaintiff be awarded attorney fees in the amount of $7,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  After reviewing the file and motion in this matter, I find that the stipulation should be APPROVED.  Accordingly, it is

ORDERED that the Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act [# 22], filed November 11, 2006, is GRANTED.  It is

FURTHER ORDERED that counsel for Plaintiff be awarded $7,000.00 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  It is

FURTHER ORDERED that payment should be made directly to Ms. Noel, designated as "Pay to the Order of Chris R. Noel, Attorney at Law."

Dated:  November 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge